SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 11-cv-00132-MCE-DAD |
|        Plaintiff, | **REQUEST FOR DISMISSAL; ORDER** |
|   vs. | |
| | Complaint Filed:  JANUARY 13, 2011 |
| The E and H Second Family Limited Partnership | |
|        Defendants | |


      **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that defendants

not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

hereby dismisses this action with prejudice.

Dated:  June 7, 2011

DISABLED ACCESS PREVENTS

INJURY, INC.


/s/Scott N. Johnson_____
SCOTT N. JOHNSON,
Attorney for Plaintiff

ORDER


    Pursuant to counsel's request, the above-entitled matter is hereby dismissed, with prejudice.  The Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

Date:  June 9, 2011


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL                         CIV: S-11-cv-00132-MCE-DAD